79150-9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.

MIRLANDE VIRGIL, ANTONIO VIRGILE,
ANTOINETTE VIRGILE and YVANE
LAURENT,

    Plaintiffs,

vs.

PETER GENEST, CROSSROADS TRUCKING
CORP. and DREAMLAND AMUSEMENTS,
INC.,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**

The Defendants, PETER GENEST, CROSSROADS TRUCKING CORP., and DREAMLAND AMUSEMENTS, INC., by and through the undersigned counsel, files this Notice of Removal of Civil Action, and states:

1. The Defendants, PETER GENEST, CROSSROADS TRUCKING CORP., and DREAMLAND AMUSEMENTS, INC., were named in a Complaint for negligence filed by the Plaintiffs on or about March 25, 2015. The Complaint was filed in the 19th Judicial Circuit of the State of Florida for St. Lucie County, Case Number 562015CA000532 (AN), styled as MIRLANDE VIRGIL, ANTONIO VIRGILE, ANTOINETTE VIRGILE and YVANE LAURENT, Plaintiffs, vs. PETER GENEST,

CROSSROADS TRUCKING CORP. and DREAMLAND AMUSEMENTS, INC., Defendants. At this time, the Plaintiffs propounded initial discovery requests. See Complaint and Plaintiffs discovery requests attached hereto as **Exhibit (2) of Composite A.**

2. On June 1, 2015, the Defendant, DREAMLAND AMUSEMENTS, INC., filed its Special Appearance and Motion to Quash Service of Process for failure to effectuate service on this foreign corporation. See Defendant's Special Appearance and Motion to Quash Service of Process attached hereto as **Exhibit (3) of Composite A**.

3. On June 11, 2015, the Defendant, DREAMLAND AMUSEMENTS, INC., filed a Notice of Hearing on its Special Appearance and Motion to Quash Service of Process. See Defendant's Notice of Hearing attached hereto as **Exhibit (4) of Composite A**. Subsequently, on June 25, 2015, the Defendant filed a Notice of Cancellation for same. See Defendant's Notice of Cancellation of Hearing attached hereto as **Exhibit (6) of Composite A.**

4. On June 23, 2015, the Defendant, CROSSROADS TRUCKING CORP., filed its Special Appearance and Motion to Quash Service of Process for failure to effectuate service on this foreign corporation. See Defendant's Special Appearance and Motion to Quash Service of Process attached hereto as **Exhibit (5) of Composite A**.

5. On or about July 10, 2015, the Circuit Court executed the Agreed Order on the Defendants, DREAMLAND AMUSEMENTS, INC. and

        CROSSROADS TRUCKING CORP.'S, Motions to Quash Service of Process wherein it was ordered that the Defendants' motions were granted and the Plaintiffs shall amend the Complaint to invoke the long arm jurisdiction and re-serve the Defendants, Dreamland Amusements, Inc. and Crossroads Trucking Corp., via Secretary of State pursuant to Florida Statutes §48.181 and §48.161 to effectuate service within 120 days. See Agreed Order attached hereto as **Exhibit (7) of Composite A**.

6. On August 20, 2015, the Plaintiffs filed an Amended Complaint that named the Defendant, PETER GENEST, a resident of New Hampshire, CROSSROADS TRUCKING CORP., a New York corporation, and DREAMLAND AMUSEMENTS, INC., a New York corporation[1]. See the Plaintiffs' Amended Complaint attached hereto as **Exhibit (8) of Composite A.**

7. On November 25, 2015, the Plaintiffs filed a Motion for Extension of Time to obtain an additional thirty (30) days to effectuate service pursuant to Florida Statute §48.161, which the Court granted on November 30, 2015. See Plaintiffs Motion and Court's Order attached hereto as **Exhibit (9) and (10), respectively, of Composite A.**

8. On December 21, 2015, an Affidavit of Service of Process was filed by the Affiant, Robert Solomon, Esquire, the attorney for the Plaintiffs,

---

[1] The Plaintiffs erroneously allege in their Amended Complaint that DREAMLAND AMUSEMENTS, INC., is a New York corporation, however, as demonstrated by Exhibit B, it is a Nevada corporation. Nonetheless, it is a foreign corporation outside of Florida.

swearing that he fully complied with Florida Statute §48.161. See Affidavit of Service of Process attached hereto as **Exhibit (11) of Composite A.**

9. Subsequently, the Defendants, PETER GENEST, CROSSROADS TRUCKING CORP., and DREAMLAND AMUSEMENTS, INC., each filed an Answer and Affirmative Defenses on January 12, 2016. See each Answer and Affirmative Defenses attached hereto as **Exhibit (12), (13), and (14), respectively, of Composite A**.

10. Additionally on January 12, 2016, the Defendants propounded initial Interrogatories and Request to Produce on each Plaintiff. See Notices of Serving Interrogatories and Requests to Produce attached hereto as **Exhibit (15) of Composite A.**

11. The following constitutes all of the process, pleadings and orders filed in the state court action, which are attached hereto as part of "**Composite A**:"

    1. Summons
    2. Complaint & Plaintiffs Initial Discovery Requests
    3. Defendant, Dreamland Amusements, Inc.'s Special Appearance and Motion to Quash Service of Process
    4. Defendant's Notice of Hearing
    5. Defendant, Crossroads Trucking Corp.'s Special Appearance and Motion to Quash Service of Process
    6. Defendant's Notice of Cancellation of Hearing
    7. Agreed Order on Defendants' Motions to Quash Service of Process
    8. Plaintiffs' Amended Complaint
    9. Plaintiffs Motion for Extension of Time to Obtain Service of Process
    10. Order for Motion for Extension of Time
    11. Affidavit of Service of Process
    12. Defendant, Peter Genest's Answer and Affirmative Defenses
    13. Defendant, Crossroads Trucking Corp.'s Answer and Affirmative Defenses

    14.     Defendant, Dreamland Amusements, Inc.'s Answer and Affirmative Defenses

    15.     Defendants' Notices of Serving Interrogatories and Request to Produce on Plaintiff, Mirlande Virgil

    16.     Defendants' Notices of Serving Interrogatories and Request to Produce on Plaintiff, Antonio Virgile

    17.     Defendants' Notices of Serving Interrogatories and Request to Produce on Plaintiff, Antoinette Virgile

    18.     Defendants' Notices of Serving Interrogatories and Request to Produce on Plaintiff, Yvane Laurent

12.     This is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and which the Defendants are entitled to remove to this Court based upon diversity of citizenship.  Specifically, according to 28 U.S.C. § 1332(a), a district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

13.     At all times material to the Amended Complaint, the Plaintiffs were and are residents of Miami-Dade County, Florida.  See Amended Complaint attached hereto as **Exhibit A(8), at ¶2-5.**

14.     At all times material to the Amended Complaint, the Defendant, PETER GENEST was a resident of New Hampshire, the Defendant, CROSSROADS TRUCKING CORP. was a New York corporation, and the Defendant, DREAMLAND AMUSEMENTS, INC. was a New York corporation[2].  See Amended Complaint attached hereto as **Exhibit A(8), at ¶6-8.**

---

[2] See Footnote 1 above.

15. Venue is proper in the Southern District because the accident that is the subject of the Amended Complaint occurred in St. Lucie County and the suit for which this removal originates was filed by the Plaintiffs in the Circuit Court in and for St. Lucie County. See Amended Complaint attached hereto as **Exhibit A(8), at ¶9.**

16. Service of process was effectuated on the Defendants on December 21, 2015. See Affidavit of Service of Process attached hereto as **Exhibit A(11).**

17. The Plaintiffs' Amended Complaint alleges compensatory damages "in excess of the minimal Jurisdiction requirements of this Court, to wit FIFTEEN THOUSAND ($15,000.00) DOLLARS, exclusive of costs." See Amended Complaint attached hereto as **Exhibit A(8), at ¶1.**

18. The Amended Complaint alleges that on or about January 31, 2014, Defendant, PETER GENEST, was negligent in operating a vehicle owned by Defendants, CROSSROADS TRUCKING CORP. and DREAMLAND AMUSEMENTS, INC., causing it to collide with the vehicle driven by the Plaintiff, MIRLANDE VIRGIL, with Plaintiffs, ANTONIO VIRGILE, ANTOINETTE VIRGILE, and YVANE LAURENT, as passengers. As a result of the accident, the Plaintiffs allege they were injured in and about their bodies and extremities and/or aggravated a pre-existing condition and suffered pain, physical handicap, mental pain and suffering, loss of capacity of life, loss of income and other damages. See Amended Complaint attached hereto as **Exhibit A(8).**

19. Prior to filing suit, counsel for the Plaintiffs sent Demand Letters to T.H.E. Insurance Company (insurer of Dreamland Amusements, Inc.) dated October 17, 2014 on behalf of three of the four Defendants. See Demand Letters (without attachments) attached hereto as **Exhibit C.**

20. The Demand Letters outline the alleged medical care and treatment for Plaintiffs, Antonio Virgile, Antoinette Virgile, and Yvane Laurent and states that their medical bills incurred, future medical expenses, and other damages each exceed $100,000. As such, the Plaintiffs demanded One Hundred and Twenty Five Thousand Dollars ($125,000.000) as full and final settlement of Antonio Virgile's claim, One Hundred Thousand Dollars ($100,000.00) as full and final settlement of Antoinette Virgile's claim and One Hundred Thousand Dollars ($100,000.00) as full and final settlement of Yvane Laurent's claim .[3]  See **Exhibit C.**

21. Pursuant to 28 U.S.C. § 1332(a), the Defendants have shown that the parties are in complete diversity and the amount in controversy exceeds $75,000, exclusive of interest and costs.

22. This Notice of Removal is being filed within thirty (30) days of Plaintiffs' service of the Amended Complaint upon Defendant. Therefore, removal is timely. See 28 U.S.C. §1446 (b)(1).

WHEREFORE, Defendants, PETER GENEST, CROSSROADS TRUCKING CORP., and DREAMLAND AMUSEMENTS, INC., respectfully request that the above-

referenced action pending in the Circuit Court in and for St. Lucie County, Case No. 562015CA000532 (AN), be removed from that court to the United States District Court for the Southern District of Florida.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF on this January 20, 2016, and that a true and correct copy of the foregoing was served on this date by facsimile and U.S. Mail to all counsel of record or *pro se* parties, including:

   Robert Solomon, Esquire
   Law Office of Saban & Solomon
   150 N. University Dr., Suite 200
   Plantation, Florida 33334
   Telephone:   (954) 577-2878
   Facsimile:   (954) 577-2215
   solomon@sslegalfirm.com,
   bedoya@sslegalfirm.com

   　　　　　　　　　　　　WICKER SMITH O'HARA MCCOY & FORD, P.A.
   　　　　　　　　　　　　Attorneys for Defendants
   　　　　　　　　　　　　515 North Flagler Drive
   　　　　　　　　　　　　Suite 1600
   　　　　　　　　　　　　West Palm Beach, FL  33401
   　　　　　　　　　　　　Telephone:   (561) 689-3800
   　　　　　　　　　　　　Facsimile:   (561) 689-9206

   　　　　　　　　　　　　By: *s/ Rachel Studley*
   　　　　　　　　　　　　　　　Rachel Studley
   　　　　　　　　　　　　　　　Florida Bar No. 0578088

---

[3] "[P]re-suit settlement offers and demands may be considered in evaluating whether a case has been properly removed." Katz v. J.C. Penney Corp., Inc., 09-CV-60067, 2009 WL 1532129, at *4 (S.D. Fla. 2009).