Filing # 25233877 E-Filed 03/24/2015 10:27:09 AM

IN THE CIRCUIT COURT OF THE
19TH JUDICIAL CIRCUIT IN AND
FOR ST. LUCIE COUNTY, FLORIDA

MIRLANDE VIRGIL,
ANTONIO VIRGILE,
ANTOINETTE VIRGILE,
and YVANE LAURENT

CASE NO.:

562015CA000532 (AN)

JUDGE CROOM

Plaintiffs,

vs.

PETER GENEST,
CROSSROADS TRUCKING CORP.,
and DREAMLAND AMUSEMENTS, INC.,

Defendants.
_____/

## SUMMONS

TO: LEE A. SCHWARTZ & ASSOCIATES, PLLC as registered agent for
DREAMLAND AMUSEMENTS, INC.
455 Broad Hollow Rd. Ste. 205
Melville, NY 11747

### IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you chose to file a written response, yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

LAW OFFICE OF SABAN & SOLOMON
150 N. University Drive. Suite 200
Plantation, Florida 33324
P: (954) 577-2878
F: (877) 305-7246



St. Lucie County File Date: 03/25/2015 10:19 AM

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: You are commended to serve this Summons and a copy of the Complaint, Notice of Propounding Interrogatories and Request for Production in this lawsuit on the above named Defendant.

DATED: _March 25, 2015_

**JOSEPH E. SMITH**
CLERK OF THE CIRCUIT COURT

_Ethel McDonald_
DEPUTY CLERK

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notification, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingressos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo enque presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judicares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrote a; aomte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuddisant pur vous proteger. Vour etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous ne deposez pas votre reponse ecrite dans le relair requis, vous risquez de perde la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en memetemps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat nomme ci-dessou).

St. Lucie County File Date: 03/25/2015 10:19 AM