79150-9

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.2:16-cv-14020-RLR ROSENBERG/LYNCH


MIRLANDE VIRGIL, ANTONIO VIRGILE,
ANTOINETTE VIRGILE and YVANE
LAURENT,

       Plaintiffs,

vs.

PETER GENEST, CROSSROADS
TRUCKING CORP. and DREAMLAND
AMUSEMENTS, INC.,

       Defendants.

_____/

## JOINT STIPULATION FOR FINAL ORDER
## OF DISMISSAL WITH PREJUDICE

The Plaintiffs, MIRLANDE VIRGIL, ANTONIO VIRGILE, ANTOINETTE VIRGILE and YVANE LAURENT, and the Defendants, PETER GENEST, CROSSROADS TRUCKING CORP. and DREAMLAND AMUSEMENTS, INC., pursuant to Fed. R. Civ. P. 41 (a), submit this Joint Stipulation of Dismissal with Prejudice on the following grounds:

1.     The Parties, having amicably settled the above captioned litigation, stipulate to the dismissal with prejudice of this case, with each party to bear its own attorneys' fees and costs, and all liens and subrogated interests are to be paid by Plaintiffs out of the proceeds of the settlement made in this case.

2.     The Parties herein request the Court issue an Order of Dismissal with Prejudice. A proposed Order of Dismissal is attached hereto as Exhibit "A".

CASE NO. 562015CA000532 (AN)

CASE NO. 562015CA000532 (AN)

DATED this _16th_ day of _March_____, 2016.

Respectfully submitted,

WICKER SMITH O'HARA MCCOY & FORD, P.A.
515 N. Flagler Dr. Suite 1600
West Palm Beach, FL  33401
Phone: (561) 689-3800
Fax:    (561) 689-9206


By:_____
/s/ Rachel Studley, Esquire
Florida Bar No. 0578088
Attorney for Peter Genest, Dreamland
Amusements, Inc. and Crossroads Trucking,
Inc.

LAW OFFICE OF SABAN & SOLOMON
150 North University Drive, Suite 200
Plantation, FL 33324
Phone: (954) 577-2878
Fax:    (954) 577-2215


By:_____
/s/ Robert C. Solomon, Esq.
Florida Bar No. 27054
Attorney for Mirlande Virgil, Antonio
Virgile, Antoinette Virgile and Yvane
Laurent